In the Matter of the Claim of MAIMI KUCHARUK, Respondent, *v.* WILLIAM C. McQUEEN et al., Appellants. STATE INDUSTRIAL COMMISSION, Respondent.

*Kucharuk* v. *McQueen*, 176 App. Div. 923, affirmed.
(Argued June 8, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1917, affirming an award of the state industrial commission under the Workmen's Compensation Law. Claimant's husband was employed generally by Mr. Frank A. Fonda, who did work for the Saratoga County Sanitarium in grading and digging of ditches. The defendant McQueen had a contract for drilling a well for the supply of water for this sanitarium, and Fonda frequently loaned men to him and sometimes McQueen loaned men to Fonda. Fonda had nothing to do with the well drilling, except in loaning men to McQueen. On the thirtieth of September the man in charge of the well drilling asked Fonda for a couple of men and he sent Harry Kucharuk over with another man. Kucharuk was holding a wrench when the chain on the wrench broke and Kucharuk fell and the pipe hit him in the stomach. The question was whether the deceased, Kucharuk, was employed by McQueen at the time of the alleged accident or whether he was an employee of the county of Saratoga, and also as to whether or not the injuries sustained caused his death.

*William H. Foster* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken,* of counsel), for respondent.

Order affirmed, with costs, on authority of *Matter of De Noyer* v. *Cavanaugh* (221 N. Y. 273); no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.